UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SILVIA REGINA CARRANZA,

        Petitioner,        Case No. 1:14-cv-904

v.        Honorable Paul L. Maloney

STATE OF MICHIGAN,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   September 11, 2014       /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District Judge