UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SILVIA REGINA CARRANZA,

        Petitioner,        Case No. 1:14-cv-904

v.        Honorable Paul L. Maloney

STATE OF MICHIGAN,

        Respondent.
_____/

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** without prejudice.

Dated:  September 11, 2014      /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge